# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ANNALYN CLINE, | : | |
| | : | |
| **Plaintiff, for herself** | : | |
| **and all others similarly situated,** | : | Case No. 2:25-cv-00193-MHW-CMV |
| | : | |
| v. | : | |
| | : | |
| **SAFE AND SECURE** | : | |
| **HOMECARE CORPORATION** *et al.* | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF SETTLEMENT

The Parties respectfully notify the Court that they have reached an agreement in principle to resolve all claims asserted in this action, including Plaintiffs' claims under the Fair Labor Standards Act ("FLSA") and corresponding Ohio wage and hour law. The Parties are in the process of memorializing their agreement in a written settlement agreement and securing signatures from all Parties.

In light of the Southern District of Ohio's guidance that judicial approval of private FLSA settlements is not required before the Parties effectuate a dismissal under Federal Rule of Civil Procedure 41(a)(1)(A), *see Gilstrap v. Sushinati LLC*, 734 F. Supp. 3d 710, 714 (S.D. Ohio 2024) (Cole, J.), *and Butler v. Vill. Caregiving, LLC*, No. 2:22-cv-4359, 2025 U.S. Dist. LEXIS 103615, 2025 WL 1513334, at *1 (S.D. Ohio May 28, 2025) (Deavers, M.J.) (*citing Gilstrap*, 734 F. Supp. 3d at 714), the Parties anticipate filing a stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A) once the settlement agreement has been fully executed and the Parties have taken the steps required under their agreement.

Accordingly, the Parties jointly request that the Court stay all current deadlines and allow the Parties thirty (30) days from the date of this Notice either (a) to file a joint status report advising the Court of the status of settlement implementation, or (b) to file a stipulation of dismissal pursuant to Rule 41(a)(1)(A). If the Parties file a stipulation of dismissal within that period, they respectfully request that no further status report be required.

        Respectfully submitted,

s/ *Greg R. Mansell*
Gregory R. Mansell (0085197)
*Greg@MansellLawLLC.com*
Evan Hasbrook (0102916)
*Evan@MansellLawLLC.com*
**Mansell Law LLC**
1457 S. High St.
Columbus, Ohio 43207
Ph: (614) 977-1323
Fax: (614) 547-3614
*Attorneys for Plaintiffs*

*/s/ Stefanie L. Coe (per email auth. On 12/1/25)*
Stefanie L. Coe (0078265)
ARNOLD & CLIFFORD LLP
115 W. Main Street, Suite 400
Columbus, Ohio 43215
Tel: 614.460.1600
Fax: 614.469.1134
dclifford@arnlaw.com
ggosnell@arnlaw.com
scoe@arnlaw.com
*Counsel for Defendants*